## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

**RECEIVED & FILED**
**CLERK'S OFFICE**

**FEB - 5 2025**

**US DISTRICT COURT**
**SAN JUAN, PR**

4:41
mds

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | CRIMINAL NO. 25-57 (FAB) |
| | **VIOLATIONS:** |
| v. | |
| | **21 U.S.C. §§ 841(a)(1) &** |
| FRANCISCO PABON-GONZALEZ, | **(b)(1)(A)(ii), and 846** |
| Defendant. | **18 U.S.C. §§ 933(a)(1), (a)(3), & (b)** |
| | **(Two Counts & Two Forfeiture Allegation)** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute Cocaine
### 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846

Beginning on a date unknown, but not later than the year 2023, and continuing up to and until the return of this Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,

### FRANCISCO PABON-GONZALEZ,

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with diverse other persons, known and unknown to the Grand Jury, to possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled substance. All in violation of 21 U.S.C. §§ 841(a)(l) & (b)(l)(A)(ii), and 846.

1

<u>COUNT TWO</u>
**Firearms Trafficking Conspiracy**
**18 U.S.C. §§ 933(a)(1), (a)(3) and (b)**

Beginning on a date unknown, but not later than December of 2023, and continuing up to and until the return of this Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,

**FRANCISCO PABON-GONZALEZ,**

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with diverse other persons, known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of one or more firearms, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)). All in violation of 18 U.S.C. §§ 933, (a)(3), and (b).

<u>**NARCOTICS FORFEITURE ALLEGATION**</u>
**21 U.S.C. § 853**

1.      The allegation contained in Count **ONE** of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2.      Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 846 or 841 the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

3.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## FIREARMS FORFEITURE ALLEGATION
### 18 U.S.C. § 934

Upon conviction of the offense alleged in Count Two, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c),

      a.    any firearms and ammunition involved or used in the commission of these offenses, including but not limited to: One Glock pistol, Model 19, 9MM caliber, bearing serial number ABUR524; One (1) privately made firearm (PMF) .40 caliber pistol bearing no manufacturer serial number and one (1) high-capacity magazine. The firearm bears the following serial numbers:

3

Slide - MPP294; Barrel - WAK967; One extended magazine and twenty-two (22) .40 caliber ammunition;

b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

TRUE BILL

W. Stephen Muldrow
United States Attorney

Max Pérez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

FOREPERSON

Date: February 5, 2025

María L. Montañez-Concepción
Assistant U.S. Attorney, Deputy Chief
Transnational Organized Crime Section

Antonio J. López-Rivera
Assistant United States Attorney

4